MEMO ENDORSED

# CLIFTON BUDD & DeMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

The application is  X  granted.
                    ___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: 3/17/2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 11).

March 13, 2020

**VIA ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

Re:   *Luckey v. St. Luke's Cornwall Hospital et al.*
      20-cv-01161-NSR

Dear Judge Román:

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph 1(E) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request that their deadline to move, answer, or otherwise respond to the Complaint be extended from March 18, 2020, to May 4, 2020. This extension is necessary for the Defendants to investigate the facts and circumstances of the Plaintiff's complaint.

Counsel for the Plaintiff consents to this request. Defendants have not made any previous requests for adjournment or extension.

Thank you for Your Honor's consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: *[signature]*
Arthur J. Robb
Ian-Paul A. Poulos

CC:   All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2020