# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2020

September 14, 2020

**VIA ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 218
White Plains, New York 10601

Re:  *Luckey v. St. Luke's Cornwall Hospital et al.*
     20-cv-01161-NSR

Dear Judge Román:

> The Court grants Defendants' application to extend the briefing schedule for Defendants' motion to dismiss. The parties shall serve and file all motion documents as set forth in the Proposed Schedule below. The parties shall further serve two courtesy copies of their submissions on chambers as they serve their adversary. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 23.
>
> SO ORDERED:
> Dated: 09/16/2020
> White Plains, NY
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph 1(E) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request that the briefing schedule for the Defendants' Motion to Dismiss ("Motion") be extended as described below. *See* ECF Doc. 22. The reason for the extension is because of a death in the undersigned's family. The opposition and reply dates have been adjusted because Plaintiff Counsel's daughter is having a child at the end of October.

Current Schedule:

- September 25, 2020:   Defendants serve moving papers.
- October 26, 2020:     Plaintiff serves opposition papers.
- November 9, 2020:     Defendants serve reply papers.
- November 9, 2020:     Parties file all Motion documents.

Proposed Schedule:

- October 16, 2020:     Defendants serve moving papers.
- December 1, 2020:     Plaintiff serves opposition papers.
- December 22, 2020:    Defendants serve reply papers.
- December 22, 2020:    Parties file all Motion documents.

**CLIFTON BUDD & DEMARIA, LLP**
Page 2

In accordance with Your Honor's Order, the Parties will provide two (2) copies of their respective motion documents to Chambers on the date the documents are served upon their adversary. *See* ECF Doc. 22.

Counsel for the Plaintiff consents to this request. This is the first request to extend the briefing schedule for this Motion.

Thank you for Your Honor's consideration.

          Respectfully submitted,

          CLIFTON BUDD & DeMARIA, LLP
          *Attorneys for the Defendants*

By: _____
      Ian-Paul A. Poulos

cc:    All Counsel of Record