# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

December 20, 2020

**VIA ECF**  
Hon. Nelson S. Román  
United States District Court  
Southern District of New York  
300 Quarropas Street, Rm. 218  
White Plains, New York 10601

> Application granted. **FINAL EXTENSION**. Defendants' reply brief is to be served on January 8, 2021. All parties' motion papers are to be filed on January 8, 2021. Defendants' reply brief is permitted to be 12 pages or less. The Clerk of the Court is directed to terminate the motion at ECF No. 25.
>
> **Dated**: 12/22/2020  
> White Plains, NY
>
> SO ORDERED:
>
> _____  
> NELSON S. ROMÁN  
> United States District Judge

Re:  *Luckey v. St. Luke's Cornwall Hospital et al.*  
20-cv-01161-NSR

Dear Judge Román:

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph 1(E) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request that the time to serve their reply for the Defendants' Motion to Dismiss ("Motion") be extended from December 22, 2020, through and including January 8, 2021. Should this extension be granted, the Parties will file all motion documents on the same date pursuant to Your Honor's prior order. *See* ECF Doc. 22. The reason for the extension of time is because Defendants require time to finish drafting their reply papers. Due to the holidays, a brief vacation in the last week of December, litigation deadlines, and discovery closing on another matter this month, this extension has become necessary. Plaintiff's counsel does not object to this request.

Plaintiff served on our office twenty-seven (27) pages in her opposition. Plaintiff's counsel has informed us that they will be reformatting their brief in opposition, consistent with the Court's rules, and that the reformatted brief will be 25 pages or less in length without changing the content of the brief that they had sent to us, except for different page numbers, and that the reformatted brief will be served upon our offices on Monday.

Based on the number and complexity of the arguments raised in the motion documents, Defendants also respectfully request that they be permitted to serve an extra two (2) pages in reply. Plaintiff consents to Defendants' request to serve the two (2) extra pages.

This is the second request to extend the briefing schedule for this Motion. No other deadlines will be affected.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12/22/2020

**CLIFTON BUDD & DEMARIA, LLP**
Page 2

        Thank you for Your Honor's time and consideration.

                                      Respectfully submitted,

                                      CLIFTON BUDD & DeMARIA, LLP
                                      *Attorneys for the Defendants*

                                  By: _____
                                         Arthur J. Robb
                                         Ian-Paul A. Poulos

cc:     All Counsel of Record