UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUCKEY,

                Plaintiff(s),                    **ORDER**

      - against -                    20 Civ. 1161 (NSR)

ST. LUKE'S CORNWALL HOSPITAL,

                Defendant(s).
------------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been resolved, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within ninety (90) days of the date hereof. The telephonic Status Conference before Judge Nelson S. Román scheduled for September 28, 2022 is cancelled.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:    White Plains, New York
            August 29, 2022

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022